**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 7, 2022.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00022-CV

---

## MARIO CESAR RIOS JR. AND RMX CONSTRUCTION INC., Appellants

## V.

## HARIS QURESH AND IZ CASH INC. D/B/A A1 CHECK CASHING #18, Appellees

---

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2018-88468**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed October 18, 2021. On June 27, 2022, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.